**Opinion filed October 8, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00239-CV

_____

## IN THE INTEREST OF B.B., A CHILD

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause No. C43048**

### M E M O R A N D U M   O P I N I O N

Appellant filed a pro se notice of appeal. She did not file an affidavit of inability to pay court costs pursuant to TEX. R. APP. P. 20. The clerk of the trial court has notified this court in writing that appellant has not made arrangements to pay for the clerk's record. On August 21, 2009, this court extended the due date for the clerk's record to September 30, 2009, and advised appellant of her opportunity to cure this defect. There has been no response to our August 21 letter. As of this date, the clerk's record has not been filed.

The failure to file the clerk's record appears to be due to appellant's actions. Tex. R. App. P. 37.3(b). Therefore, the appeal is dismissed.

PER CURIAM

October 8, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.